**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| **THADDEUS N. TURNER,** | ) | CASE NO. 15-43309 |
| | ) | |
| Debtor(s). | ) | Hon. Pamela S. Hollis |

**NOTICE OF MOTION**

To:   See Attached Service List

**TRUSTEE'S CERTIFICATE OF SERVICE FOR**
**NOTICE OF TRUSTEE'S FINAL REPORT**

**PROOF OF SERVICE**

     I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 13th day of March, 2017, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

                                                           */s/ Peter N. Metrou*
                                                           **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

# SERVICE LIST

**Via ECF**

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Patrick Semrad
Robert J. Semrad & Associates, LLC
20 S Clark St 28th Floor
Chicago, IL 60603-1811

**Via First-Class Mail**

Aaron Sales & Lease Ow
1015 Cobb Place Blvd Nw
Kennesaw, GA 30144-3672

Central Credit Service
7825 Washington Ave S
Minneapolis, MN 55439-2430

ERC/Enhanced Recovery Corp
8014 Bayberry Rd
Jacksonville, FL 32256-7412

GFC Lending Company, LLC
P.O. Box 29018
Phoenix, AZ 85038-9018

Go Financial
Po Box 53087
Phoenix, AZ 85072-3087

HBLC, INC.
c/o Steven Fink & Assoc. P.C.
25 E Washington ST STE 1233
Chicago, IL 60602-1876

Janna L Quarless
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603-1811

Mutual Management Serv
7177 Crimson Ridge Dr St
Rockford, IL 61107-6235

Americash
1726 Jefferson Blvd
Joliet, IL 60435-6741

Atg Credit
1700 W Cortland St Ste 2
Chicago, IL 60622-1131

Peter N Metrou
Metrou & Associates PC
123 W Washington St Suite 216
Oswego, IL 60543-1049

PNC Bank National Association
PO Box 5570
Cleveland, OH 44101-0570

Rockford Mercantile
2502 S. Alpine Rd
Rockford, IL 61108-7813

Security Fin
Sfc Centralized Bankruptcy
Po Box 1893
Spartanburg, SC 29304-1893

Thaddeus N Turner
413 E Jackson ST, APT 413
Joliet, IL 60432-2416

Torres Crdit
Tcs Inc.
Po Box 189
Carlisle, PA 17013-0189

Andrea Caldwell
c/o Loutfi Tarick S E
211 w Wacker # 1200
Chicago, IL 60606-1379

Unique National Collec
119 E Maple St
Jeffersonville, IN 47130-3439

USA Loans
292 S Larkin
Joliet, IL 60436-1248

Western Funding Inc
3915 Patrick Lane
Las Vegas, NV 89120-3965

Stanley J. Heller
Cirignani, Heller, & Harman, LLP
150 S. Wacker Dr.
Suite 2600
Chicago, IL 60606

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
THADDEUS N TURNER § Case No. 15-43309
§
Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on April 7, 2017 in
Joliet City Hall
150 West Jefferson, 2nd Floor
Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/13/2017          By: /s/ Peter N. Metrou
                                      Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
THADDEUS N TURNER § Case No. 15-43309
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 1,000,000.00 |
| and approved disbursements of | $ | 925,000.00 |
| leaving a balance on hand of[1] | $ | 75,000.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | Aetna | $ 10,542.47 | $ 10,542.47 | $ 10,542.47 | $ 0.00 |
| | Aetna | $ 46,011.92 | $ 46,011.92 | $ 46,011.92 | $ 0.00 |
| | LawCash | $ 29,485.65 | $ 29,485.65 | $ 29,485.65 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 75,000.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 22,950.43 | $ 0.00 | $ 22,950.43 |
| Trustee Expenses: Peter N. Metrou | $ 66.29 | $ 0.00 | $ 66.29 |
| Attorney for Trustee Fees: Cirignani, Heller, and Harman, LLP | $ 250,000.00 | $ 250,000.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Expenses: Cirignani, Heller, and Harman, LLP | $ 8,408.36 | $ 8,408.36 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 23,016.72 |
| Remaining Balance | | | $ 51,983.28 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $ 26,348.69 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | GFC LENDING COMPANY, LLC | $ 13,229.79 | $ 0.00 | $ 13,229.79 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | ROCKFORD MERCANTILE | $ 1,129.63 | $ 0.00 | $ 1,129.63 |
| 3 | WESTERN FUNDING | $ 11,989.27 | $ 0.00 | $ 11,989.27 |
| | Total to be paid to tardy general unsecured creditors | | | $ 26,348.69 |
| | Remaining Balance | | | $ 25,634.59 |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

    To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.7 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 194.73 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

    The amount of surplus returned to the debtor after payment of all claims and interest is $ 25,439.86 .

Prepared By: /s/ Peter N. Metrou<br>Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.