UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
                                    §
THADDEUS N TURNER                   §   Case No. 15-43309
                                    §
                                    §
         Debtor                     §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 15,250.00                Assets Exempt: 17,100.02
*(Without deducting any secured claims)*

Total Distributions to Claimants: 112,583.46    Claims Discharged
                                                Without Payment: 7,434.00

Total Expenses of Administration: 281,425.08

---

   3) Total gross receipts of $ 1,000,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 605,991.46 (see **Exhibit 2**), yielded net receipts of $ 394,008.54 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 86,040.04 | $ 86,040.04 | $ 86,040.04 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 281,425.08 | 281,425.08 | 281,425.08 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 41,137.00 | 26,348.69 | 26,348.69 | 26,543.42 |
| **TOTAL DISBURSEMENTS** | $ 41,137.00 | $ 393,813.81 | $ 393,813.81 | $ 394,008.54 |

4)  This case was originally filed under chapter 7 on  12/28/2015 .  The case was pending for 16 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  05/01/2017                By:/s/Peter N. Metrou, Trustee
                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Potential Medical Malpractice Suit | 1242-000 | 1,000,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 1,000,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Thaddeus Turner | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 605,991.46 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 605,991.46** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aetna | 4210-000 | NA | 56,554.39 | 56,554.39 | 56,554.39 |
| | LawCash | 4210-000 | NA | 29,485.65 | 29,485.65 | 29,485.65 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 86,040.04** | **$ 86,040.04** | **$ 86,040.04** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 22,950.43 | 22,950.43 | 22,950.43 |
| Peter N. Metrou | 2200-000 | NA | 66.29 | 66.29 | 66.29 |
| Cirignani, Heller, and Harman, LLP | 3210-000 | NA | 250,000.00 | 250,000.00 | 250,000.00 |
| Cirignani, Heller, and Harman, LLP | 3220-000 | NA | 8,408.36 | 8,408.36 | 8,408.36 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 281,425.08 | $ 281,425.08 | $ 281,425.08 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Americash, 1726 Jefferson Blvd Joliet, IL 60435 | | 300.00 | NA | NA | 0.00 |
| | Andrea Caldwell, c/o Loutfi Tarick S E 211 w Wacker # 1200 Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | Atg Credit, 1700 W Cortland St Ste 2 Chicago, IL 60622 | | 54.00 | NA | NA | 0.00 |
| | Central Credit Service, 7825 Washington Ave S Minneapolis, MN 55439 | | 309.00 | NA | NA | 0.00 |
| | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd Jacksonville, FL 32256 | | 763.00 | NA | NA | 0.00 |
| | HBLC, INC., c/o Steven Fink & Assoc. P.C. 25 E Washington ST STE 1233 Chicago, IL 60602 | | 1,000.00 | NA | NA | 0.00 |
| | Mutual Management Serv, 7177 Crimson Ridge Dr St Rockford, IL 61107 | | 1,660.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PNC Bank National Association, PO Box 5570 Cleveland, OH 44101 | | 800.00 | NA | NA | 0.00 |
| | Security Fin, Sfc Centralized Bankruptcy Po Box 1893 Spartanburg, SC 29304 | | 525.00 | NA | NA | 0.00 |
| | Torres Crdit, Tcs Inc. Po Box 189 Carlisle, PA 17013 | | 1,659.00 | NA | NA | 0.00 |
| | Unique National Collec, 119 E Maple St Jeffersonville, IN 47130 | | 64.00 | NA | NA | 0.00 |
| | USA Loans, 292 S Larkin Joliet, IL 60436 | | 300.00 | NA | NA | 0.00 |
| 1 | GFC LENDING COMPANY, LLC | 7200-000 | 12,154.00 | 13,229.79 | 13,229.79 | 13,229.79 |
| 2 | ROCKFORD MERCANTILE | 7200-000 | 1,129.00 | 1,129.63 | 1,129.63 | 1,129.63 |
| 3 | WESTERN FUNDING | 7200-000 | 20,420.00 | 11,989.27 | 11,989.27 | 11,989.27 |
| | GFC LENDING COMPANY, LLC | 7990-000 | NA | NA | NA | 97.77 |
| | ROCKFORD MERCANTILE | 7990-000 | NA | NA | NA | 8.35 |
| | WESTERN FUNDING | 7990-000 | NA | NA | NA | 88.61 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 41,137.00 | $ 26,348.69 | $ 26,348.69 | $ 26,543.42 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-43309 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | THADDEUS N TURNER | | | | Date Filed (f) or Converted (c): | 12/28/2015 (f) |
| | | | | | 341(a) Meeting Date: | 01/20/2016 |
| For Period Ending: | 05/01/2017 | | | | Claims Bar Date: | 09/06/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2014 Kia Optima 58,000 miles | 14,250.00 | 0.00 | | 0.00 | FA |
| 2. Used Furniture & Household Goods | 350.00 | 0.00 | | 0.00 | FA |
| 3. cell Phone, Used Ipad, Old Computer, TV | 650.00 | 0.00 | | 0.00 | FA |
| 4. Used Clothes | 500.00 | 0.00 | | 0.00 | FA |
| 5. chase-Checking | 0.02 | 0.00 | | 0.00 | FA |
| 6. 401k through work | 600.00 | 0.00 | | 0.00 | FA |
| 7. 2015 Anticipated Tax Refund | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. Potential Medical Malpractice Suit (u) | 0.00 | 1,000,000.00 | | 1,000,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $17,350.02   $1,000,000.00   $1,000,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Order granting motion to reopen on 5/2/2016 see Dkt# 18. Employed Special Counsel on 6/14/2016 to handle medical malpratice case see Dkt# 25. Motion to settle granted 1/20/2017 see Dkt# 29. Filed NFR and Fee app on 3/13/2017 see Dkt#s 32 & 33.

RE PROP #   8   --   Per Motion to Settle Dkt# 28, case was settled for $1,000,000.00. Per approved Motion to Settle Trustee was to withhold $75,000.00 to pay administrative costs and claims. $15,000.00 exemption was included in the abandonment portion received by Debtor.

Initial Projected Date of Final Report (TFR): 07/03/2017   Current Projected Date of Final Report (TFR): 07/03/2017

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-43309 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: THADDEUS N TURNER | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5843 |
| | Checking |
| Taxpayer ID No: XX-XXX8618 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 05/01/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/07/17 | | Cirigani, Heller & Harman, LLP<br>150 S. Wacker Drive, Suite 2600<br>Chicago, IL 60606 | Payment on Medical Malpractice case per settlement | | $75,000.00 | | $75,000.00 |
| | | | Gross Receipts $1,000,000.00 | | | | |
| | | Aetna | PI Lien Payment ($10,542.47) | 4210-000 | | | |
| | | Aetna | PI Lien Payment ($46,011.92) | 4210-000 | | | |
| | | LawCash | PI Lien Payment ($29,485.65) | 4210-000 | | | |
| | | Cirignani, Heller, and Harman, LLP<br>150 S. Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | Attorneys fees ($250,000.00) | 3120-000 | | | |
| | | Cirignani, Heller, and Harman, LLP<br>150 S. Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | Attorneys Expenses ($8,408.36) | 3220-000 | | | |
| | | Thaddeus Turner<br>413 East Jackson Street<br>Apartment 413<br>Joliet, IL 60432 | Abandoned Surplus ($580,551.60) | 8200-002 | | | |
| | 8 | | Potential Medical Malpractice Suit $1,000,000.00 | 1242-000 | | | |
| 04/07/17 | 5001 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Distribution | | | $23,016.72 | $51,983.28 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($22,950.43) | 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($66.29) | 2200-000 | | | |
| 04/07/17 | 5002 | GFC LENDING COMPANY, LLC<br>P.O. BOX 29018<br>PHOENIX, AZ 85038 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $13,327.56 | $38,655.72 |

| | | Page Subtotals: | $75,000.00 | $36,344.28 |
|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010)  *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-43309  
Case Name: THADDEUS N TURNER  
Taxpayer ID No: XX-XXX8618  
For Period Ending: 05/01/2017  

Trustee Name: Peter N. Metrou, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX5843  
Checking  
Blanket Bond (per case limit): $1,000,000.00  
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description of Transaction | | 5<br>Uniform Tran. Code | 6<br>Deposits ($) | 7<br>Disbursements ($) | 8<br>Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|---|
| | | | ($97.77) | | 7990-000 | | | |
| | | GFC LENDING COMPANY, LLC | Final distribution to claim 1 representing a payment of 100.00 % per court order. | ($13,229.79) | 7200-000 | | | |
| 04/07/17 | 5003 | ROCKFORD MERCANTILE<br>2502 S. ALPINE RD<br>ROCKFORD, IL 61108 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | | $1,137.98 | $37,517.74 |
| | | | ($8.35) | | 7990-000 | | | |
| | | ROCKFORD MERCANTILE | Final distribution to claim 2 representing a payment of 100.00 % per court order. | ($1,129.63) | 7200-000 | | | |
| 04/07/17 | 5004 | WESTERN FUNDING<br>4751 WILSHIRE BLVD., SUITE 100<br>LOS ANGELES, CA 90010 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | | | | $12,077.88 | $25,439.86 |
| | | | ($88.61) | | 7990-000 | | | |
| | | WESTERN FUNDING | Final distribution to claim 3 representing a payment of 100.00 % per court order. | ($11,989.27) | 7200-000 | | | |
| 04/07/17 | 5005 | Thaddeus Turner<br>413 East Jackson Street<br>Apartment 413<br>Joliet, IL 60432 | Distribution of surplus funds to debtor. | | 8200-002 | | $25,439.86 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $75,000.00 | $75,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $75,000.00 | $75,000.00 |
| Less: Payments to Debtors | $0.00 | $25,439.86 |
| Net | $75,000.00 | $49,560.14 |

Page Subtotals:  $0.00  $38,655.72

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5843 - Checking | $75,000.00 | $49,560.14 | $0.00 |
| | $75,000.00 | $49,560.14 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $925,000.00 |
| Total Net Deposits: | $75,000.00 |
| Total Gross Receipts: | $1,000,000.00 |

Page Subtotals:           $0.00           $0.00